IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-180-BO

ESTATE OF KATIE P. BUTLER, et al., )
    Plaintiffs, )
     )
v. ) ORDER
     )
DEUTSCHE BANK TRUST COMPANY )
AMERICAS, et al., )
    Defendants. )

This cause comes before the Court on the parties' joint motion for an extension of time to file stipulation of dismissal. [DE 57]. For good cause shown, that motion is GRANTED. The parties have until and including August 26, 2016, to file the stipulation of dismissal with prejudice.

Additionally, as the case has been reported settled, the Court hereby DENIES WITHOUT PREJUDICE the pending motions for summary judgment. [DE 43, 45].

SO ORDERED, this 20 day of July, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE