IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-180-BO

| | |
|---|---|
| ESTATE OF KATIE P. BUTLER, et al., )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>DEUTSCHE BANK TRUST COMPANY )<br>AMERICAS, et al., )<br>Defendants. ) | O R D E R |

This cause comes before the Court on plaintiffs' voluntary dismissal of all claims against defendants East Coast Property Services, LLC and Jonathan Douglas. [DE 62]. The Court construes plaintiffs' notice as a request to voluntarily dismiss this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court ALLOWS plaintiffs' request and this matter is hereby DISMISSED without prejudice as to defendants East Coast Property Services, LLC and Jonathan Douglas. As the remaining defendants have stipulated to dismissal of this action [DE 60], and no claims or counterclaims remain for adjudication, the clerk is DIRECTED to close this case.

SO ORDERED, this 4 day of October, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE